UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                       Case No. 21-30007
                                       Originating No. 1:19-cr-59

**Deshawn D. Gibson,**

      Defendant.
_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **Deshawn D. Gibson,** to answer to charges pending in another federal district, and states:

1. On **January 8, 2021,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Northern District of Indiana based on an Indictment. Defendant is charged in that district with violation of 18 U.S.C. § 922(g)(1)- Felon in Possession of a Firearm and Forfeiture.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

MATTHEW J. SCHNEIDER
United States Attorney

s/Maggie Smith _____
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
maggie.smith@usdoj.gov
(313) 226-9135

Dated: January 8, 2021